# UNITED STATES DISTRICT COURT

District of _____Delaware_____

JOHN J. DOUGHERTY

      Plaintiff,

V.

ALAN BLIZE AND ASDI
INCORPORATED,
a Delaware Corporation,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-674

TO    Alan Blize, CEO
       Barry M. Willoughby, Esquire
       Young Conaway Stargatt & Taylor LLP
       1000 West Street, 17th Floor
       P.O. Box 391
       Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Timothy M. Holly, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO           10/26/07
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/29/07 |
| NAME OF SERVER (PRINT) FRANK JOYCE | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 1060 WEST ST, 17TH FL WILM DE 19899 to BARRY WILLOUGHBY AT 4:30 PM

[ ] Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/29/07
             Date

Signature of Server [signature]

Address of Server: 230 N MARKET ST, WILM DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.