# UNITED STATES DISTRICT COURT

District of _____Delaware_____

JOHN J. DOUGHERTY

        Plaintiff,

      V.

ALAN BLIZE AND ASDI
INCORPORATED,
a Delaware Corporation,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 7 - 6 7 4

TO    ASDI Incorporated
       Barry M. Willoughby, Esquire
       Young Conaway Stargatt & Taylor LLP
       1000 West Street, 17th Floor
       P.O. Box 391
       Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Timothy M. Holly, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____      __10/26/07_____
CLERK                                 DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 10/29/07 |
|---|---|
| NAME OF SERVER (PRINT) FRANK JOYCE | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1000 WEST St, 17TH FL WILM DE 19899 to BARRY WILLOUGHBY AT 4:30 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other *(specify):* _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/29/07___
Date

_____
Signature of Server

230 N MARKET St, WILM DE 1980/
Address of Server

---

[1]    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.