IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-674-SLR/LPS |
| | ) |
| ALAN BLIZE and | ) |
| ASDI INCORPORATED, | ) |
| | ) |
| Defendants. | ) |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 9th day of November, 2007, the above captioned case having been automatically referred to Magistrate Judge Leonard P. Stark on November 7, 2007;

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Stark shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.[1]

3. Conduct alternate dispute resolution.

4. Hear and determine all matters relating to any of the foregoing (e.g., briefing, scheduling, extensions of time.)

_____

[1] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.

5. The above caption shall be used in all subsequent filings in this action.

_____
United States District Judge