IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN J. DOUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-674-SLR /LPS |
| | ) | |
| ALAN BLIZE and ASDI INCORPORATED, a Delaware Corporation, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants to file their Answer to Plaintiff's Complaint is hereby extended to Monday, November 26, 2007.

| CONNOLLY, BOVE, LODGE & HUTZ | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Timothy M. Holly | /s/ Barry M. Willoughby |
| Timothy Michael Holly (I.D. 4106) | Barry M. Willoughby, Esquire (I.D. 1016) |
| The Nemours Building | Margaret M. DiBianca, Esquire (I.D. 4539) |
| 1007 North Orange Street | The Brandywine Building |
| P.O. Box 2207 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| Telephone: (302) 252-4217 | Wilmington, DE 19899-0391 |
| Facsimile: (302) 658-0380 | Telephone: (302) 571-6666; 5008 |
| Email: tholly@cblh.com | Facsimile: (302) 576-3345; 3476 |
| Attorneys for Plaintiff | Email: bwilloughby@ycst.com; mdibianca@ycst.com |
| | Attorneys for Defendants |

Dated: November 15, 2007

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge