IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY<br>a Delaware Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>ALAN BLIZE AND ASDI<br>INCORPORATED,<br>A Delaware Corporation<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 07-674-SLR/LPS<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 17th day of December, 2007, counsel for John J. Dougherty caused true and correct copies of Plaintiff's Initial Disclosures Pursuant to FRCP 26(a) to be served upon counsel below in the manner indicated:

**BY HAND DELIVERY**
Barry M. Willoughby, Esquire
Margaret M. DiBianca, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendants*

                                          /s/ T. M. Holly
                                      CONNOLLY BOVE LODGE & HUTZ LLP
                                      Matthew F. Boyer (Del. Bar No. 2564)
                                      Email: Mboyer@cblhlaw.com
                                      Timothy M. Holly (Del. Bar No. 4106)
                                      Email: Tholly@cblhlaw.com
                                      The Nemours Building
                                      1007 N. Orange Street
                                      P. O. Box 2207
                                      Wilmington, DE 19899-2207
                                      (302) 252-4217
                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 17, 2007, true and correct copies of the foregoing Notice of Service for the Plaintiff's Initial Disclosures Pursuant to FRCP 26(a) were served by the manner indicated below on the following counsel of record:

**HAND DELIVERY & ELECTRONIC SERVICE**
Barry M. Willoughby, Esquire
Margaret M. DiBianca, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Timothy M. Holly (Del. Bar No.4106)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, <br><br> Plaintiff, <br><br> v. <br><br> ALAN BLIZE and ASDI INCORPORATED, a Delaware Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 07-674-SLR/LPS <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

### PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)

Plaintiff John J. Dougherty ("Dougherty"), through his undersigned counsel, submits the following initial disclosures pursuant to the Order for Scheduling Conference dated December 4, 2007 and Fed. R. Civ. P. 26(a):

A.  Identities of individuals likely to have knowledge of discoverable information that may be used to support Dougherty's claims or defenses:

 1. John J. Dougherty
    5200 Hilltop Drive
    Unit L-6
    Brookhaven, Pennsylvania 19015

    Dougherty has information regarding his employment at ASDI, Incorporated ("ASDI") and allegations made in his complaint regarding his termination from ASDI.

 2. Alan Blize
    c/o ASDI Incorporated
    601 Interchange Boulevard
    Newark, Delaware 19711

    Mr. Blize has knowledge regarding ASDI's policies and the function of ASDI's policies, and some of the allegations contained in Dougherty's Complaint.

- 2 -

3. Trula K. Blize
c/o ASDI Incorporated
601 Interchange Boulevard
Newark, Delaware 19711

Ms. Blize has knowledge regarding ASDI's policies and the function of ASDI's policies, and some of the allegations contained in Dougherty's Complaint.

4. Kabana Perkins
c/o ASDI Incorporated
601 Interchange Boulevard
Newark, Delaware 19711

Mr. Perkins has knowledge regarding ASDI's policies, and has specific knowledge of the circumstances surrounding the allegations that Ms. Trula Blize divulged certain information to a former job applicant who was potentially dangerous.

5. Brian Pearce
c/o ASDI Incorporated
601 Interchange Boulevard
Newark, Delaware 19711

Mr. Pearce has knowledge regarding ASDI's policies and the function of ASDI's policies, and some of the allegations contained in Dougherty's Complaint.

6. Linda Tribit, Director of Finance
c/o ASDI Incorporated
601 Interchange Boulevard
Newark, Delaware 19711

Ms. Tribit has knowledge regarding ASDI's policies and the function of ASDI's policies, and some of the allegations contained in Dougherty's Complaint, specifically that Mr. Blize had told her not to pay Dougherty.

7. Ron Paolini, Jr.
c/o ASDI Incorporated
601 Interchange Boulevard
Newark, Delaware 19711

Mr. Paoloni has knowledge regarding ASDI's policies and the function of ASDI's policies, and some of the allegations contained in Dougherty's Complaint, specifically a knowledge or belief of retaliation against Dougherty.

8. Brian Maduskuie
c/o ASDI Incorporated
601 Interchange Boulevard
Newark, Delaware 19711

Mr. Maduskuie has knowledge regarding ASDI's policies and the function of ASDI's policies, and some of the allegations contained in Dougherty's Complaint, specifically that he threatened to fire Dougherty if he crossed Ms. Blize.

9. Mike Kates
c/o ASDI Incorporated
601 Interchange Boulevard
Newark, Delaware 19711

Mr. Kates has knowledge regarding ASDI's policies and the function of ASDI's policies, and some of the allegations contained in Dougherty's Complaint, specifically the circumstances in which Mr. Blize relieved Dougherty of his employment duties.

10. Anthony Macherone
c/o ASDI Incorporated
601 Interchange Boulevard
Newark, Delaware 19711

Mr. Macherone has knowledge regarding ASDI's policies and the function of ASDI's policies.

11. Dougherty reserves the right to depose or call at trial any witness identified through discovery or listed by Plaintiff.

B. Documents and things in the possession of counsel or the party that may be used to support Dougherty's claims or defenses:

1. Letter from Trula Blize to Dougherty (8/16/06)

2. Email from Kabana Perkins to Dougherty (12/4/06) forwarding an email from Trula Blize to Mr. Perkins (12/1/06).

3. Email from Dougherty to Alan Blize (1/4/07)

4. Email from Dougherty to Alan Blize (1/19/07)

- 3 -

5. Email from Dougherty to Trula Blize regarding a request to inspect Dougherty's Personnel File (1/23/07)

6. COBRA Notification Form (5/16/07)

7. Email from Dougherty to Trula Blize regarding missing rate sheet from COBRA notification package (5/23/07)

8. COBRA Rate Sheet (6/13/07)

9. Any and all notes and journal entries kept by Dougherty during and after his employment at ASDI.

10. Dougherty reserves the right to use any documents identified in discovery that support Dougherty's claims or defenses.

C. Identities of experts and their opinions:

Dougherty has not retained an expert at this time.

D. Insurance agreements in force:

None.

E. Statement of the basis for any damages claimed:

Dougherty has not yet prepared a formal damages computation, if any, because that computation will depend, at least in part, on information in ASDI's possession.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ T. M. Holly*
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblh.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblh.com
Josiah R. Wolcott (Del. Bar No. 4796)
Email: Jwolcott@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for John J. Dougherty*

Date: December 17, 2007
CBLH: 579571

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that, on December 17, 2007, true and correct copies of the foregoing Plaintiff's Initial Disclosures Pursuant to FRCP 26(a) were served by hand delivery on the following counsel of record:

**HAND DELIVERY**
Barry M. Willoughby, Esquire
Margaret M. DiBianca, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

                                                                                                      Timothy M. Holly (Del. Bar No.4106)