IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-674-SLR |
| | ) |
| ALAN BLIZE and ASDI INCORPORATED, a Delaware Corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on December 18, 2007, a true and correct copy of **Defendants' Initial Disclosures Pursuant to Federal Rule 26(a)** were filed electronically with the Clerk of the Court using CM/ECF. I further certify that on December 19, 2007, I caused to be hand delivered two (2) copies of **Defendants' Initial Disclosures Pursuant to Federal Rule 26(a)** to the following counsel of record to the following counsel of record.

> Matthew Boyer
> Timothy Holly
> Connolly Bove Lodge & Hutz, LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE 19801

> Respectfully submitted,
>
> /s/ Margaret M. DiBianca
> Barry M. Willoughby, Esquire (Bar I.D. 1016)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801-0391
> Telephone: (302) 571-5008
> Facsimile: (302) 576-3476
> E-mail: mdibianca@ycst.com
> Attorneys for Defendants