## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JOHN J. DOUGHERTY,             )
            Plaintiff,    )
                             )
           v.                      )   C.A. No. 07-674 (SLR)
                             )
ALAN BLIZE and ASDI           )
INCORPORATED,               )
a Delaware Corporation,        )
                             )
           Defendants.   )
                             )

## ORDER

At Wilmington this 15th day of January 2008, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2 (a) and (b).

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures**.  The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.    **Discovery.**

(a)    Discovery will be needed on the following subjects: Liability, including the reason(s) for the separation of Plaintiff from his employment with Defendant ASDI, damages, and any other matter that becomes relevant during discovery.

(b)    All discovery shall be commenced in time to be completed by September 18, 2008.

(c)   Maximum of 35 interrogatories by each party to any other side.

(d)   Maximum of 10 requests for admission by each side to any other party.

(e)   Maximum of 10 depositions by plaintiff and 10  total by defendants collectively.

(f)   Each deposition, other than of Plaintiff, limited to a maximum of seven (7) hours unless extended by agreement of parties.

(g)   Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by July 18, 2008.  Rebuttal expert reports due by August 18, 2008.

(h)   **Discovery Disputes**.  Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37.  During the course of discovery, each party is limited to **two (2)** Rule 37 motions.  The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.   **Joinder of other Parties, Amendment of Pleadings, and Class Certification.**  All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before April 1, 2008.

4.   **Settlement Conference.**  Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.   **Summary Judgment Motions.**  All summary judgment motions shall be served and filed with an opening brief on or before February 9, 2009.  An answering brief shall be filed on or before March 9, 2009, and a reply brief shall be filed on or

2

before March 30, 2009.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

      6.    **Applications by Motion.**  Any application to the court shall be by written motion filed with the clerk.  Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers.  **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

      7.    **Motions in Limine.**  All motions in limine shall be filed on or before _____ ___, 2009.[1]  All responses to said motions shall be filed on or before _____ ___, 2009.[2]

      8.    **Pretrial Conference.**  A pretrial conference will be held on _____ ___, 2009, at _____ ___.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

      9.    **Trial.**  This matter is scheduled for a __-day jury trial commencing on _____ ___, 2009, in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge

---

[1] Two weeks prior to the date of the Pretrial Conference set forth in Paragraph 8.
[2] One week prior to the date of the Pretrial Conference set forth in Paragraph 8.

DB02:6466612.1                            066253.1003