IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY,<br>                Plaintiff,<br><br>      v.<br><br>ALAN BLIZE and ASDI<br>INCORPORATED,<br>a Delaware Corporation,<br>                Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 07-674 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 15th day of January 2008, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2 (a) and (b).

IT IS ORDERED that:

1.  **Pre-Discovery Disclosures**. The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.  **Discovery.**

    (a) Discovery will be needed on the following subjects: Liability, including the reason(s) for the separation of Plaintiff from his employment with Defendant ASDI, damages, and any other matter that becomes relevant during discovery.

    (b) All discovery shall be commenced in time to be completed by August 18, 2008.

(c) Maximum of 35 interrogatories by each party to any other side.

(d) Maximum of 10 requests for admission by each side to any other party.

(e) Maximum of 10 depositions by plaintiff and 10 total by defendants collectively.

(f) Each deposition, other than of Plaintiff, is limited to a maximum of seven (7) hours unless extended by agreement of the parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by September 18, 2008. Rebuttal expert reports due by October 20, 2008.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before April 1, 2008.

4. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before February 9, 2009. An answering brief shall be filed on or before March 9, 2009, and a reply brief shall be filed on or before March 30, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

5. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

2

6. **Motions in Limine.** All motions in limine shall be filed on or before May 26, 2009. All responses to said motions shall be filed on or before June 2, 2009.

7. **Pretrial Conference.** A pretrial conference will be held on June 9, 2009 at 4:30 p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

8. **Trial.** This matter is scheduled for a 3-day jury trial commencing on June 22, 2009, in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge

DB02:6466612.2                                                                                                          066253.1003