IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN J. DOUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-674-SLR |
| | ) | |
| ALAN BLIZE and ASDI INCORPORATED, a Delaware Corporation, | ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Margaret M. DiBianca, Esquire, hereby certify that on February 26, 2008, I caused two (2) copies of Defendants' First Set of Interrogatories Directed to Plaintiff, to be served via Hand Delivery upon the following counsel of record:

> Timothy Holly, Esquire (I.D. 4106)
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899


YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca*
Barry M. Willoughby, Esquire (I.D. 1016)
Margaret M. DiBianca, Esquire (I.D. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Telephone:  (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
E-mail:  bwilloughby@ycst.com; mdibianca@ycst.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN J. DOUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-674-SLR |
| | ) | |
| ALAN BLIZE and ASDI INCORPORATED, a Delaware Corporation, | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on February 26, 2008, I caused two (2) copies of Defendants' First Set of Interrogatories Directed to Plaintiff, to be served via Hand Delivery upon the following counsel of record:

> Timothy Holly, Esquire (I.D. 4106)
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Margaret M. DiBianca*
> Barry M. Willoughby, Esquire (I.D. 1016)
> Margaret M. DiBianca, Esquire (I.D. 4539)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> Telephone: (302) 571-6666; 5008
> Facsimile: (302) 576-3345; 3476
> E-mail: bwilloughby@ycst.com; mdibianca@ycst.com
>
> *Attorneys for Defendants*