## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN BLIZE and ASDI )<br>INCORPORATED, )<br>a Delaware Corporation, )<br>)<br>Defendants. ) | Civ. No. 07-674-SLR/LPS<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

The undersigned certifies that, on March 4, 2008, two (2) true and correct copies of Plaintiff's First Request for Production of Documents together with copies of this Notice of Service and Certificate of Service, were served upon the following counsel of record, at the address and by the means specified below:

**BY HAND DELIVERY**
Barry M. Willoughby, Esquire
Margaret M. DiBianca, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendants*

CONNOLLY BOVE LODGE & HUTZ LLP
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblhlaw.com
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217
*Attorneys for Plaintiff*

1