IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-674-SLR |
| | ) |
| ALAN BLIZE and ASDI INCORPORATED, a Delaware Corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on March 7, 2008, a true and correct copy of **Defendants' Supplemental Disclosures Pursuant to Federal Rule 26(a)** were served by electronic mail to the following counsel of record.

> Timothy Holly
> Connolly Bove Lodge & Hutz, LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca*
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801-0391
Telephone:  (302) 571-5008
Facsimile :  (302) 576-3476
E-mail: mdibianca@ycst.com

*Attorneys for Defendants*