IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY<br>a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ALAN BLIZE AND ASDI<br>INCORPORATED,<br>A Delaware Corporation<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. No. 07-674-SLR/LPS<br>)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 27th day of March, 2008, counsel for John J. Dougherty caused true and correct copies of Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories Directed to Plaintiff to be served upon counsel below in the manner indicated:

**BY HAND DELIVERY**
Barry M. Willoughby, Esquire
Margaret M. DiBianca, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendants*

                                      /s/ T.M. Holly
                            CONNOLLY BOVE LODGE & HUTZ LLP
                            Matthew F. Boyer (Del. Bar No. 2564)
                            Email: Mboyer@cblhlaw.com
                            Timothy M. Holly (Del. Bar No. 4106)
                            Email: Tholly@cblhlaw.com
                            The Nemours Building
                            1007 N. Orange Street
                            P. O. Box 2207
                            Wilmington, DE 19899-2207
                            (302) 252-4217
                            *Attorneys for Plaintiff*

## VERIFICATION

STATE OF DELAWARE        )
                         )   SS.
COUNTY OF NEW CASTLE     )

John J. Dougherty, being duly sworn according to law, deposes and says that she has read Plaintiff's Objections And Responses To Defendants' First Set Of Interrogatories Directed To Plaintiff and knows its contents; that the responses were prepared with the assistance and advice of counsel; that the matters stated in the responses are within her personal knowledge, subject to inadvertent or undiscovered errors, and necessarily limited by the documents and information still in existence, presently recollected, and thus far discovered in the course of preparation of the responses; and that the facts stated in the responses are true and correct to the best of his knowledge, information, and belief.

_____
John J. Dougherty

SWORN TO AND SUBSCRIBED BEFORE ME this 25th day of March, 2008

_____
Notary Public

My Commission Expires: 4/5/2010

595381_1.DOC

JUDITH T. FETTERMAN
NOTARY PUBLIC, STATE OF DELAWARE
MY COMMISSION EXPIRES APRIL 5, 2010

595681_1