IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY<br>a Delaware Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>ALAN BLIZE AND ASDI<br>INCORPORATED,<br>A Delaware Corporation<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 07-674-SLR/LPS<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 27th day of March, 2008, counsel for John J. Dougherty caused true and correct copies of Plaintiff's Objections and Responses to Defendants' First Request for Production of Documents Directed to Plaintiff to be served upon counsel below in the manner indicated:

**BY HAND DELIVERY**
Barry M. Willoughby, Esquire
Margaret M. DiBianca, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendants*

CONNOLLY BOVE LODGE & HUTZ LLP
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217
*Attorneys for John J. Dougherty*

595683_1