IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN J. DOUGHERTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-674-SLR/LPS |
| | ) | |
| ALAN BLIZE and ASDI | ) | |
| INCORPORATED, | ) | JURY TRIAL DEMANDED |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT OF COMPLIANCE WITH LOCAL RULE 7.1.1**

I hereby certify that the undersigned counsel for Plaintiff John J. Dougherty has made a reasonable effort to reach agreement with counsel for Defendants Alan Blize and ASDI Incorporated on the matters set forth in the attached Motion to Amend Complaint.

_____
Timothy M. Holly (Del. Bar No. 4106)