IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-674-SLR/LPS |
| | ) |
| ALAN BLIZE and ASDI INCORPORATED, a Delaware Corporation, | ) Jury Trial Demanded |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I, Margaret M. DiBianca, Esquire, hereby certify that on April 7, 2008, a true and correct copy of **Defendants' Responses to Plaintiff's First Set of Interrogatories Directed to Defendants** was delivered by hand to the following counsel of record:

>Timothy Holly, Esquire
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Margaret M. DiBianca, Esquire*
>Barry M. Willoughby, Esquire (No. 1016)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building
>17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6623
>Facsimile: (302) 576-3299
>E-mail: mdibianca@ycst.com

>*Attorneys for Defendants*