IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-674-SLR/LPS |
| | ) |
| ALAN BLIZE, and ASDI | ) |
| INCORPORATED, a Delaware | ) |
| Corporation, | ) |
| | |
| Defendants. | |

**NOTICE OF SERVICE**

I, Margaret M. DiBianca, Esquire, hereby certify that on **April 7, 2008**, a true and correct copy of **Defendants' Responses to Plaintiff's First Request for the Production of Documents** was served via Hand Delivery to the counsel of record as indicated below, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification to the following counsel of record:

Timothy Holly, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca, Esq.*
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 571- 3476
E-mail: mdibianca@ycst.com
Attorneys for Defendants