IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-674-SLR/LPS |
| ) | |
| ALAN BLIZE and ASDI ) | |
| INCORPORATED, ) | JURY TRIAL DEMANDED |
| a Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION

TO:  Margaret M. DiBianca, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899

**PLEASE TAKE NOTICE** that Plaintiff John J. Dougherty, by his counsel, will take the oral deposition of Alan Blize on Monday, May 19, 2008, beginning at 9:00 a.m. at the offices of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, Wilmington, Delaware 19899. The testimony will be transcribed by stenographic means. Said deposition will continue from day to day until completed.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Timothy M. Holly
_____
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblh.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblh.com
Josiah R. Wolcott (Del. Bar No. 4796)
Email: Jwolcott@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for John J. Dougherty*

Date: April 14, 2008
CBLH: 599895