IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, <br><br> Plaintiff, <br><br> v. <br><br> ALAN BLIZE and ASDI INCORPORATED, a Delaware Corporation, <br><br> Defendants. | ) ) ) ) ) ) Civ. No. 07-674-SLR/LPS ) ) ) JURY TRIAL DEMANDED ) ) ) |

**PLAINTIFF'S APPLICATION FOR ORAL ARGUMENT**
<u>**ON HIS MOTION TO AMEND COMPLAINT**</u>

Plaintiff John J. Dougherty, by and through undersigned counsel and pursuant to Local Rule 7.1.4, respectfully requests oral argument on his Motion to Amend Complaint (D.I. 26) and Reply in support thereof (D.I. 38) at a date and time convenient for the Court.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblh.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblh.com
Josiah R. Wolcott (Del. Bar No. 4796)
Email: Jwolcott@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for John J. Dougherty*

Dated: April 29, 2008