IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 07-674-SLR/LPS |
| ) | |
| ALAN BLIZE and ASDI INCORPORATED, a ) | |
| Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO STAY**

Defendants, by and through their undersigned counsel, hereby move for a stay of discovery and further prosecution of this action pending the Court's review of their Motion For Judgment on the Pleadings on Plaintiff's federal claims and to Dismiss Plaintiff's state law claims for lack of jurisdiction. In support of this motion, Defendants respectfully represent as follows:

1. This action alleges various claims arising out of or related to Plaintiff's employment with ASDI and the termination of Plaintiff's employment with ASDI.

2. The jurisdictional basis for Plaintiff's Complaint are the federal claims included in Counts I and II of this Complaint, charging violations under the Fair Labor and Standards Act ("FLSA") and the Consolidated Omnibus Budget Reconciliation Act ("COBRA").

3. The remaining allegations of Plaintiff's Complaint, Counts III – VI, allege state law claims pursuant to the Delaware Wage Payment and Collection Act, the Delaware Right to Inspect Personnel Act, the Delaware Whistleblowers Protection Act, and a common law claim for breach of the Implied Covenant of Good Faith and Fair Dealing.

4. Plaintiff has agreed that Count III of his Complaint, pursuant to the Delaware Wage Payment and Collection Act, should be dismissed.

5. Simultaneously with this Motion to Stay, Defendants have filed a Motion For Judgment on the Pleadings with respect to Plaintiff's federal claims on the grounds that they lack merit on the face

of the Complaint and to Dismiss Plaintiff's state law claims for lack of jurisdiction. If Plaintiff's federal claims are dismissed, this Court should decline to exercise supplemental jurisdiction over Plaintiff's remaining counts based on Delaware state law.

6. In addition, and independent of Defendants' Motion for Judgment on the Pleadings with respect to Plaintiff's federal claims, Defendants' motion seeks dismissal of Plaintiff's remaining state law allegations on the grounds they are not sufficiently related to Plaintiff's federal claims to allow the Court to assert jurisdiction over them pursuant to 28 U.S.C. §1367.

7. Staying of discovery and further proceedings in this action pending the Court's review of Defendants' Motion For Judgment on the Pleadings and to Dismiss Plaintiff's State Law Claims for lack of jurisdiction furthers the interest of judicial economy and comity between the state and federal courts as well as addressing Article III constitutional concerns.

WHEREFORE, Defendants respectfully request that this Court enter an Order staying this action.

/s/ Barry M. Willoughby, Esquire
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; -5008
Facsimile: (302) 571-3345; -3476
E-mail: bwilloughby@ycst.com; mdibianca@ycst.com
Attorneys for Defendants

Dated: May 2, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 07-674-SLR/LPS |
| ) | |
| ALAN BLIZE and ASDI ) | |
| INCORPORATED, a Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants' Motion to Stay pending review of Defendants' Motion For Judgment on the Pleadings and to Dismiss Plaintiff's State Law Claims for Lack of Jurisdiction having been duly presented and heard by the Court,

IT IS NOW hereby Ordered this ____ day of _____, 2008, that Defendants' Motion to Stay is Granted. Further proceedings in this case are stayed pending further Order of the Court.

_____
The Honorable Leonard P. Stark