IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-674-SLR/LPS |
| | ) |
| ALAN BLIZE and ASDI | ) |
| INCORPORATED, a Delaware | ) |
| Corporation, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS FOR LACK OF JURISDICTION

Defendants, by and through the undersigned counsel, hereby move this Court for an Order granting them judgment on the pleadings on Plaintiff's federal claims and/or for an Order dismissing Plaintiff's state law claims for lack of jurisdiction on the grounds more fully set forth in Defendants' Opening Brief in Support of this Motion filed simultaneously herewith.

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; -5008
Facsimile: (302) 571-3345; -3476
E-mail: bwilloughby@ycst.com; mdibianca@ycst.com
Attorneys for Defendants

Dated: May 2, 2008