# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 5, 2008

VIA CM-ECF
The Honorable Leonard P. Stark
United States District Court
844 North King Street, Lock Box 26
Wilmington, DE 19801

Re: Dougherty v. ASDI, Inc.
Civil Action No. 07-674-SLR/LPS

Dear Judge Stark:

I am writing to request that the Court schedule a telephone or in-office status conference in the above matter. There are presently pending before the Court Plaintiff's Motion to Amend his Complaint, Defendant's Motion to Compel Discovery, Defendant's Motion to Stay, and Defendant's Motion for Judgment on the Pleadings and/or to Dismiss Plaintiff's State Law Claims for Lack of Jurisdiction. Plaintiff has requested an oral argument on his Motion to amend the Complaint.

Depositions of Defendant, Alan Blize, and Defendant, ASDI's Human Resources Manager, Trula Blize, are scheduled for several days the week of May 19, 2008. Defendant believes that these depositions should be postponed to allow the Court time to consider the various motions before it, including Defendant's request for a stay, pending consideration of Defendant's jurisdictional motion. Accordingly, Defendant respectfully requests that the Court schedule a telephone or in-office status conference in connection with these matters.

I attempted to reach Plaintiff's counsel, Mr. Holly, earlier today. Mr. Holly is out of the office until tomorrow. I am requesting that he advise the Court with respect to his position on the requested status conference upon his return.

Respectfully,

Barry M. Willoughby (I.D. 1016)

BMW:mmcm
cc: Clerk, U.S. District Court
    Timothy Holly, Esquire
    Margaret M. DiBianca, Esquire

DB02:6796531.1

066253.1003