# CONNOLLY BOVE LODGE & HUTZ LLP

ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Timothy M. Holly
**DIRECT DIAL:** (302)-252-4217
**DIRECT FAX:** (302)-658-0380
**EMAIL:** tholly@cblh.com
**REPLY TO:** Wilmington Office

May 7, 2008

**BY CM-ECF**
The Honorable Leonard P. Stark
United States District Court
844 North King Street, Lock Box 26
Wilmington, DE 19801

RE:   Dougherty v. ASDI, Inc.
      Civil Action No. 07-674-SLR/LPS

Dear Judge Stark:

I am writing in response to Barry Willoughby's letter dated May 5, 2008. Mr. Willoughby seems to premise his request for a conference on his desire to delay the depositions of Defendants and Trula K. Blize, which are scheduled for next week. Defendants never sought a stipulation for such a delay. Because Dougherty's pending Motion to Amend will help define the scope of discovery, and discovery does not conclude until August 18, 2008 (leaving sufficient time to reschedule without throwing off the existing schedule), Dougherty agrees that the delay of the depositions makes sense. Thus, we will cancel those depositions and reschedule them after the Court rules on our Motion to Amend.

As for the status of this case—Dougherty has requested oral argument on his Motion to Amend, which we presume Your Honor will respond to as expeditiously as deemed appropriate. After we filed that Motion to Amend, Defendants chose to pursue relief through multiple motions, which Dougherty will respond to in due course. Given Defendants' inadequate discovery responses, Dougherty will soon file his own Motion to Compel. Although Dougherty agrees to delay the scheduling of depositions until after the Court rules on his Motion to Amend, no other delay should be imposed on Dougherty. He should be permitted to state his claims and pursue discovery on those claims—including through deposition (regardless of what motions Defendants file).

Although we do not share opposing counsel's perception that a conference is necessary, I am available at the convenience of the Court.

Very truly yours,

Timothy M. Holly

cc: Barry M. Willoughby
    John J. Dougherty
607988v1

WILMINGTON, DE          WASHINGTON, DC          LOS ANGELES, CA