## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JOHN J. DOUGHERTY,                                          :

                     Plaintiff,                  :

      v.                                               :          C.A. No. 07-674-SLR/LPS

ALAN BLIZE, ET AL.,                                         :

                 Defendants.             :

### ORDER

At Wilmington this **13th** day of **May, 2008.**

Having reviewed the parties' letters dated May 5 and May 7, 2008,

IT IS HEREBY ORDERED that a teleconference is scheduled for **Friday, May 16, 2008 at 11:30 a.m.** with Magistrate Judge Stark to discuss the status of the case, including the matters referenced in the parties' letters, as well as the procedures for bringing to the Court's attention any subsequent disputes regarding discovery. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

        Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____

UNITED STATES MAGISTRATE JUDGE