IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-674-SLR/LPS |
| | ) |
| ALAN BLIZE and ASDI | ) |
| INCORPORATED, | ) JURY TRIAL DEMANDED |
| a Delaware Corporation, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO STAY**

Plaintiff John J. Dougherty ("Dougherty"), by and through his undersigned counsel, hereby responds in opposition to Alan Blize ("Blize") and ASDI Incorporated's ("ASDI" and, together with Blize, "Defendants") Motion to Stay. In support thereof, Dougherty states:

1. Admitted.

2. Admitted.

3. Admitted.

4. As will be set forth more thoroughly in Dougherty's Answering Brief to Defendants' Motion for Judgment on the Pleadings, which will be filed Monday, Dougherty is not voluntarily withdrawing his claim under Delaware's Wage Payment and Collection Act.

5. Admitted only that Defendants filed several motions. Dougherty also has filed several motions including a Motion to Amend his Complaint and a Motion to Compel. As set forth (or will be set forth) in Dougherty's pleadings, this Court should not dismiss any of Dougherty's claims. Moreover, Dougherty has met his discovery obligations and, by contrast, Defendants have failed to meet their discovery obligations. Thus, Dougherty should be

permitted to advance his claims aided by an order from this Court instructing Defendants to meet their discovery obligations.

6. As will be set forth in Dougherty's Answering Brief to Defendants' Motion for Judgment on the pleadings, Dougherty's state law claims should not be dismissed.

7. Dougherty has agreed to delay depositions until this Court rules on his Motion to Amend Complaint. However, Defendants have stated no good reason why Dougherty should be prohibited from receiving appropriate responses to discovery already promulgated and engaging in other discovery, as provided by the Federal Rules of Civil Procedure. *See Gerald Chamales Corp. v. Oki Data Americas, Inc.*, 247 F.R.D. 453, 454 (D. N.J. 2007) (holding that moving party must show good cause to stay discovery). Defendants' mere filing of a non-meritorious Motion for Judgment on the Pleadings is an insufficient basis for thwarting the process of discovery. *See id.* (stating , "it is well settled that the mere filing of a dispositive motion does not constitute "good cause" for the issuance of a discovery stay").

Respectfully Submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Timothy M. Holly*

Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblh.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblh.com
Josiah R. Wolcott (Del. Bar No. 4796)
Email: Jwolcott@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for John J. Dougherty*

Date: May 16, 2008
CBLH: 611623

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-674-SLR/LPS |
| ) | |
| ALAN BLIZE and ASDI ) | |
| INCORPORATED, ) | JURY TRIAL DEMANDED |
| a Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

    **AND NOW**, this _____ day of _____, 2008, the Court having considered Defendants' Motion to Stay,

    **IT IS HEREBY ORDERED** that Defendants' Motion be denied

    **IT IS SO ORDERED.**

_____
The Honorable Leonard P. Stark