IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN J. DOUGHERTY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-674-SLR/LPS |
| ALAN BLIZE, ET AL., | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **16th** day of **May, 2008.**

The Court having held a teleconference with counsel today,

IT IS HEREBY ORDERED that:

1. Oral argument on plaintiff's motion to amend the complaint (D.I. 26) and defendants' motion for judgment on the pleadings and to dismiss (D.I. 41) is hereby scheduled for **June 9, 2008 at 11:00 a.m.** in courtroom 2A before the Honorable Leonard P. Stark.

2. Defendants' motion to stay (D.I. 40) is DENIED.

3. The briefing on the motions to compel discovery (D.I. 37, 48) is STAYED.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE