# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Matthew F. Boyer
**DIRECT DIAL:** (302)-884-6585
**DIRECT FAX:** (302)-658-0380
**EMAIL:**      mboyer@cblh.com
**REPLY TO:**   Wilmington Office

May 20, 2008

**BY E-FILING AND HAND DELIVERY**
The Honorable Leonard P. Stark
Magistrate Judge
U.S. District Court for the
 District of Delaware
844 North King Street, Rm. 4209
Lock Box 18
Wilmington, DE 19801

**RE: John J. Dougherty v. Alan Blize and ASDI, Inc., C.A. No. 07-674**

Dear Magistrate Judge Stark:

I am writing concerning the oral argument scheduled on two pending motions in the above-referenced case: Dougherty's motion to amend his complaint (DI 26), and Defendants' motion for judgment on the pleadings (DI 41). Currently the argument is scheduled for Monday, June 9, at 11 a.m. I will be out of the country from May 28 until Friday, June 6. If possible, I would like to request a few more days to prepare for oral argument. Mr. Willoughby does not object to re-scheduling the argument any time between June 11 and June 20, subject to his calendar, and I will make myself available at any time that would be convenient for the Court and Mr. Willoughby.

Please advise whether I might contact your scheduling clerk to inquire about alternative dates for the oral argument.

Respectfully,

Matthew F. Boyer

MFB/cp

Cc:   Clerk of the Court (by ECF)
      Barry M. Willoughby, Esquire (by ECF and email)

612367