IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John J. Dougherty, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-674-SLR-LPS |
| Alan Blize, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **21st** day of **May, 2008:**

**IT IS ORDERED** that the Oral Argument on Plaintiff's Motion to Amend the Complaint and Defendants' Motion for Judgment on the Pleadings and to Dismiss set for June 9, 2008 at 11:00 a.m. with Magistrate Judge Stark is hereby **CANCELED**.

**IT IS FURTHER ORDERED** that the Oral Argument on Plaintiff's Motion to Amend the Complaint and Defendants' Motion for Judgment on the Pleadings and to Dismiss is hereby rescheduled for for June 16, 2008 at 11:00 a.m.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE