IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-674-SLR |
| | ) |
| ALAN BLIZE, and ASDI INCORPORATED, a Delaware Corporation, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO EXTEND

It is hereby stipulated by and between the parties in the above-captioned matter that the briefing schedule shall be extended as follows: (1) Defendants' reply brief in support of their Motion for Judgment on the Pleadings (D.I. 41), shall be due on June 3, 2008.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew F. Boyer* | */s/ Barry M. Willoughby* |
| Matthew F. Boyer (Bar I.D. 2564) | Barry M. Willoughby, Esq. (Bar I.D. 1016) |
| Timothy M. Holly (Bar I.D. 4106) | Margaret M. DiBianca, Esq. (Bar I.D. 4539) |
| CONNOLLY BOVE LODGE & HUTZ, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| The Nemours Building | The Brandywine Building, 17th Floor |
| 1007 North Orange Street, P.O. Box 2207 | 1000 West Street, P.O. Box 391 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899-0391 |
| Telephone: (302) 884-6585 | Telephone: (302) 571-6666 |
| Facsimile: (302) 658-0380 | Facsimile: (302) 576-3345 |
| E-mail: mboyer@cblh.com | E-mail: bwilloughby@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: May 28, 2008

**IT IS SO ORDERED** this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE