# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Matthew F. Boyer
**DIRECT DIAL:** (302)-884-6585
**DIRECT FAX:** (302)-658-0380
**EMAIL:**        mboyer@cblh.com
**REPLY TO:**     Wilmington Office

June 23, 2008

**BY E-FILING AND HAND DELIVERY**
The Honorable Leonard P. Stark
Magistrate Judge
U.S. District Court for the District of Delaware
844 North King Street, Rm. 4209
Lock Box 18
Wilmington, DE 19801

       **RE: Dougherty v. Blize, C.A. No. 07-674-SLR/LPS**

Dear Magistrate Judge Stark:

     I am writing in response to Defendants' nine-page, single-spaced letter brief filed on Friday, June 20, 2008 (DI 61), four days after Your Honor concluded oral argument by advising the parties, "I hope to get back to you very shortly." Tr. 62. At no point did the Court invite the Defendants to supplement the three briefs that they had already filed in the two pending and partially overlapping motions. Because none of the thirty-five authorities in the Defendants' latest brief is a "subsequent authority," the Defendants' submission violates the requirement of D. Del. LR 7.1.2 that "no additional papers shall be filed absent Court approval."

     If the Court nevertheless chooses to consider the Defendants' latest brief, we request permission to reply. Because I will be out of the office for the remainder of week, I would request permission to file any response by next Tuesday, July 1, 2008, but can file sooner if needed.

                  Respectfully,

                  Matthew F. Boyer (Del. Bar No. 2564)

Cc:   Clerk of the Court (by ECF)
       Barry M. Willoughby, Esquire (by ECF and email)
       Margaret M. DiBianca, Esquire (by ECF and email)