# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | ROBERT S. BRADY | THE BRANDYWINE BUILDING | JOSEPH M. BARRY | EDWARD J. KOSMOWSKI |
| SHELDON N. SANDLER | JOEL A. WAITE | 1000 WEST STREET, 17TH FLOOR | RYAN M. BARTLEY | EVANGELOS KOSTOULAS |
| RICHARD A. LEVINE | BRENT C. SHAFFER | WILMINGTON, DELAWARE 19801 | SEAN M. BEACH | JOHN C. KUFFEL |
| RICHARD A. ZAPPA | DANIEL P. JOHNSON | | DONALD J. BOWMAN, JR. | TIMOTHY E. LENGKEEK |
| FREDERICK W. IOBST | CRAIG D. GREAR | P.O. BOX 391 | MICHELE SHERRETTA BUDICAK | ANDREW A. LUNDGREN |
| RICHARD H. MORSE | TIMOTHY JAY HOUSEAL | WILMINGTON, DELAWARE 19899-0391 | JEFFREY T. CASTELLANO | MATTHEW B. LUNN |
| DAVID C. MCBRIDE | MARTIN S. LESSNER | | DOUGLAS T. COATS (MD ONLY) | ADRIA B. MARTINELLI |
| JOSEPH M. NICHOLSON | PAULINE K. MORGAN | (302) 571-6600 | KARA HAMMOND COYLE | KATHALEEN MCCORMICK |
| CRAIG A. KARSNITZ | C. BARR FLINN | (800) 253-2234 (DE ONLY) | KRISTEN SALVATORE DEPALMA | TAMMY L. MERCER |
| BARRY M. WILLOUGHBY | NATALIE WOLF | FAX: (302) 571-1253 | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| JEROME K. GROSSMAN | JOHN W. SHAW | | ERIN EDWARDS | MICHAEL S. NEIBURG |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | | KENNETH J. ENOS | (PA & NJ ONLY) |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | 110 WEST PINE STREET | KERRIANNE MARIE FAY | JENNIFER R. NOEL |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | P.O. BOX 594 | JAMES J. GALLAGHER | ADAM W. POFF |
| WILLIAM D. JOHNSTON | ROLIN P. BISSELL | GEORGETOWN, DELAWARE 19947 | WILLIAM E. GAMGORT | ROBERT F. POPPITI, JR. |
| TIMOTHY J. SNYDER | SCOTT A. HOLT | (302) 856-3571 | SEAN T. GREECHER | SARA BETH A. REYBURN |
| BRUCE L. SILVERSTEIN | JOHN T. DORSEY | (800) 255-2234 (DE ONLY) | NATHAN D. GROW | CHERYL A. SANTANIELLO |
| WILLIAM W. BOWSER | M. BLAKE CLEARY | FAX: (302) 856-9338 | STEPHANIE L. HANSEN | MICHAEL P. STAFFORD |
| LARRY J. TARABICOS | CHRISTIAN DOUGLAS WRIGHT | | JAMES L. HIGGINS | RICHARD J. THOMAS |
| RICHARD A. DILIBERTO, JR. | DANIELLE GIBBS | WWW.YOUNGCONAWAY.COM | PATRICK A. JACKSON | TRAVIS N. TURNER |
| MELANIE K. SHARP | JOHN J. PASCHETTO | | DAWN M. JONES | MARGARET B. WHITEMAN |
| CASSANDRA F. ROBERTS | NORMAN M. POWELL | DIRECT DIAL: (302) 571-5008 | KAREN E. KELLER | SHARON M. ZIEG |
| RICHARD J.A. POPPER | ELENA C. NORMAN | DIRECT FAX: (302) 576-3476 | JENNIFER M. KINKUS | |
| TERESA A. CHEEK | EDMON L. MORTON | mdibianca@ycst.com | | |
| NEILLI MULLEN WALSH | JOHN E. TRACEY | | SPECIAL COUNSEL | SENIOR COUNSEL |
| JANET Z. CHARLTON | | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| | | | KAREN L. PASCALE | |
| | | | SETH J. REIDENBERG | OF COUNSEL |
| | | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |
| | | | | JOSY W. INGERSOLL |

August 27, 2008

**BY E-FILE**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:   *Dougherty v. ASDI, Inc.*
             C.A. No. 07-674-SLR/LPS

Dear Judge Stark:

      I am writing on behalf and with the consent of all parties in the above-referenced matter regarding the mediation scheduled with Your Honor on September 16, 2008. (D. I. 16).

      After hearing oral arguments on Defendants' Motion for Judgment on the Pleadings (D.I. 41), Your Honor submitted recommended findings to Judge Robinson on June 25, 2008. (D.I. 63). The proposed findings, if adopted, would fundamentally change the landscape of the legal claims. Therefore, the parties respectfully submit that, in light of the posture of the case, mediation is not needed at this time and request that the mediation be postponed indefinitely. A Stipulation and proposed Order is attached for the Court's convenience. Counsel, as always, is available at the Court's discretion.

                                          Sincerely yours,

                                          */s/ MMDiBi*

                                          Margaret M. DiBianca (Bar I.D. 4539)

MMD:sec

cc:     All Noticed Counsel (via CM/ECF)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN J. DOUGHERTY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 07-674-SLR/LPS |
| ) | |
| ALAN BLIZE, and ASDI ) | |
| INCORPORATED, a Delaware ) | |
| Corporation, ) | |
| Defendants. ) | |

## STIPULATION TO POSTPONE MEDIATION

It is hereby stipulated by and between the parties in the above-captioned matter that the mediation scheduled for September 16, 2008, (D.I. 16) shall be postponed indefinitely.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew F. Boyer* | */s/ Margaret M. DiBianca* |
| Matthew F. Boyer (Bar I.D. 2564) | Barry M. Willoughby, Esq. (Bar I.D. 1016) |
| Timothy M. Holly (Bar I.D. 4106) | Margaret M. DiBianca, Esq. (Bar I.D. 4539) |
| CONNOLLY BOVE LODGE & HUTZ, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| The Nemours Building | The Brandywine Building, 17th Floor |
| 1007 North Orange Street, P.O. Box 2207 | 1000 West Street, P.O. Box 391 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899-0391 |
| Telephone: (302) 884-6585 | Telephone: (302) 571-5008 |
| Facsimile: (302) 658-0380 | Facsimile: (302) 576-3286 |
| E-mail: mboyer@cblh.com | E-mail: mdibianca@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: August 27, 2008

**IT IS SO ORDERED** this ___ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE