## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

John J. Dougherty,                          :
                                            :
                    Plaintiff,              :
                                            :
        v.                                  :       Civ. No. 07-674-SLR-LPS
                                            :
Alan Blize, et al.,                         :
                                            :
                    Defendants.             :

## ORDER

At Wilmington this **28th** day of **August, 2008**:

IT IS ORDERED that the mediation conference scheduled for **September 16th, 2008** at **10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED.**

IT IS FURTHER ORDERED that a status teleconference has been scheduled for **October 1st, 2008** at **12:30 p.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE